IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., | No. C-04-3414 MJJ |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| COREY MONELA, ET AL., | |
| Defendants. / | |

The Court hereby **ADOPTS** the Report and Recommendation issued by Judge Elizabeth Laporte on June 28, 2005.

This Order terminates docket entry no. 14.

The Clerk of Court shall enter judgment in Plaintiff's favor, as described in the Report and Recommendation, and shall close the file.

**IT IS SO ORDERED.**

Dated: July_14_, 2005

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE